## Raymond OUTLER, Petitioner–Appellant,

v.

## Joyce K. CONLEY, Respondent–Appellee.

### No. 01–7974.

United States Court of Appeals, Fourth Circuit.

Submitted April 9, 2002.

Decided June 13, 2002.

Raymond Outler, Appellant Pro Se. Rebecca A. Betts, United States Attorney, Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Raymond Outler appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have

reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we grant Outler's motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. *See Outler v. Conley,* No. CA–99–213 (S.D.W.Va. Nov. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*